UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| AMERICAN BANK, FSB, d/b/a AMERICAN PREMIUM FINANCE, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:11-cv-324 |
| v. | ) ) | *Lee* |
| CORNERSTONE COMMUNITY BANK, | ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a joint motion to reschedule trial date and deadlines and set oral argument on the pending motions [Doc. 52]. The motion will be **GRANTED IN PART** with respect to the parties' request for relief from the current trial date and other pending deadlines and all remaining deadlines in the Court's Amended Scheduling Order [Doc. 37] are hereby **CANCELED**.

The motion also indicates the parties are available for oral argument on the date previously set aside for trial, November 7, 2012, "if such oral argument would assist the Court in resolving the motions which are currently pending." [Doc. 52 at PageID# 510]. The pending motions have all been extensively briefed. As a result, the Court does not see the need to delay resolution of the motions to facilitate oral argument when it appears the parties have requested oral argument only to the extent the Court determines it is needed by the Court. Therefore, the motion [Doc. 52] will be **DENIED IN PART** as to the request for oral argument before the Court on all pending motions.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE