**IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| AMERICAN BANK, FSB d/b/a<br>AMERICAN PREMIUM FINANCE,<br><br>Plaintiff,<br><br>v.<br><br>CORNERSTONE COMMUNITY BANK,<br><br>Defendant | \*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\* | Case No.: 1:11-cv-00324<br><br>Collier/Lee |

\* \* \* \* \* \* \* \* \* \* \* \*

**AGREED ORDER DIRECTING DISBURSEMENT OF FUNDS
FROM THE REGISTRY OF THE COURT
TO AMERICAN BANK FSB d/b/a AMERICAN PREMIUM FINANCE**

Pursuant to the Agreed Order entered by this Court on November 13, 2012, authorizing Defendant, Cornerstone Community Bank ("Cornerstone"), to deposit $315,000 (the "Deposit") in the registry of the Court in lieu of a supersedeas bond pending Cornerstone's appeal of the Court's October 19, 2012 Judgment (the "Judgment") in the amount of $310,304.25 in favor of American Bank FSB d/b/a American Premium Finance ("American Bank") and directing disbursement from the Deposit to American Bank of the Judgment amount plus accrued post-judgment interest upon affirmance of the Judgment, the Court being satisfied that Judgment has been affirmed by the United States Court of Appeals for the Sixth Circuit and the parties agreeing that the amount of the Judgment plus post-judgment interest should be disbursed to American Bank and the remainder of the Deposit refunded to Cornerstone;

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall disburse to American Bank $310,801.59, which consists of the principal amount of the Judgment of $310,304.25, plus $497.34 in post-judgment

interest through September 9, 2013, and refund the remaining portion of the Deposit to Cornerstone.

2. American Bank will file a Notice of Satisfaction with this Court after American Bank confirms receipt of the Judgment amount and post-judgment interest.

                                         s/ *Susan K. Lee*
                                         SUSAN K. LEE
                                         UNITED STATES MAGISTRATE JUDGE

*2064178*